## 35495. THE STATE v. MARTIN.

UNDERCOFLER, Presiding Justice.

After a careful review of the record and transcript in this case, we conclude certiorari was improvidently granted.

*Dismissed. Nichols, C.J., Hill, J. and Judge Charles L. Weltner, concur. Jordan, Bowles and Marshall, JJ., dissent.*

ARGUED NOVEMBER 14, 1979 — DECIDED DECEMBER 5, 1979 — REHEARING DENIED DECEMBER 19, 1979.

*Dupont K. Cheney, District Attorney, Kenneth R. Carswell, Assistant District Attorney,* for appellant.

*Arthur K. Bolton, Attorney General, Harrison Kohler, Assistant Attorney General,* amicus curiae.

*Richard D. Phillips,* for appellee.